# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| Margarita I De Clue, <br><br> Plaintiff, <br> v. <br><br> Mid-South Adjustment Co. Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 4:15-cv-00022-JM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 11, 2015

    Respectfully submitted,

    PLAINTIFF, Margarita I De Clue

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    **LEMBERG LAW, L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg
      Sergei Lemberg